THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Eddie Eugene Rhodes,       
Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-233
Submitted January 29, 2004  Filed March 31, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Appellant was convicted of 
 assault and battery with intent to kill, possession of a firearm during the 
 commission of a violent crime, and possession of a pistol by a person convicted 
 of a crime of violence, and he was sentenced.  The issue briefed by appellate 
 counsel concerns the trial courts denial of Appellants motion for directed 
 verdict.  Appellants counsel has petitioned to be relieved as counsel, stating 
 that she has reviewed the record and has concluded the appeal is without merit.  
 Appellant has filed a pro se brief, alleging error in the denial of his 
 motion for directed verdict and violation of his Fifth Amendment rights.   
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss this appeal 
 and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
 GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.